OSCAR L. GUBELMAN and Others v. PANAMA RAILROAD COMPANY and

Others.— Motion granted.    Settle order on notice.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.